**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

NORMAN TUCKER,                                )
                                              )
    Plaintiff,            )
                                              )
    v.                     )    No. 1:15CV17 SNLJ
                                              )
PATRICIA KAROL,                               )
                                              )
    Defendant,            )

## MEMORANDUM AND ORDER

This matter is before the Court on non-party James Geitz's motion for court order for access to the Court. Geitz is not an attorney. Only attorneys can file papers on a party's behalf. 28 U.S.C. § 1654; Fed. R. Civ. P. 11. As a result, the motion is stricken.

Accordingly,

**IT IS HEREBY ORDERED** that Geitz's motion for court order for access to the Court [ECF No. 7] is ordered **STRICKEN** from the docket.

Dated this 18th day of March, 2015.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE